UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLEVELAND S. ANDERSON, SR. (#201258)                    CIVIL ACTION

VERSUS

D.C.I. MEDICAL STAFF, ET AL.                             NO. 09-1057-JJB-DLD

## ORDER

On December 16, 2009, the pro se plaintiff, an inmate incarcerated at Dixon Correctional Institute ("DCI"), Jackson, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against the DCI Medical Staff, the "Psychiatrist Staff" at Elayn Hunt Correctional Center, unnamed "Ass't. Nurses", Dr. Tarver and the Earl K. Long Hospital, complaining that the defendants have violated his constitutional rights through deliberate indifference to his serious medical needs.

By correspondence dated January 7, 2010, the Court directed the plaintiff to either pay the Court's filing fee within fifteen (15) days or, within such time, submit a properly completed Statement of Account certifying to the average six-month deposits and balance in his inmate account(s). Rec.doc.no. 3. The plaintiff was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice." Id.

Despite notification of the need to either pay the Court's filing fee or submit a properly completed Statement of Account within fifteen (15) days, the plaintiff has failed to respond to the Court's Order. Therefore, this proceeding shall be dismissed, without prejudice, for failure of the plaintiff to correct the deficiency of which he was notified. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this ____ day of March, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE