UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLEVELAND S. ANDERSON (#201258)

VERSUS

D.C.I. MEDICAL STAFF, ET AL.

CIVIL ACTION

NO. 09-1057-JJB-DLD

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 25, 2011 (doc. no. 58). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion for Summary Judgment (doc. no. 15) is GRANTED, DISMISSING the plaintiff's claims for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, with prejudice to his refiling the same claim in forma pauperis.

Baton Rouge, Louisiana, this 3rd day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA